JP:TAD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

EROLDO IAN HARVEY,
   also known as
   "Casey Junior Meriweather,"

       Defendant.

- - - - - - - - - - - - - - - - - -X

M12-0286

REMOVAL TO THE
MIDDLE DISTRICT
OF FLORIDA

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

     MATTHEW B. MANNING, being duly sworn, deposes and says that he is a Special Agent with the United States Department of State, Diplomatic Security Service ("DSS"), duly appointed according to law and acting as such.

     Upon information and belief, on April 8, 2010, an arrest warrant was issued by the United States District Court for the Middle District of Florida, Orlando Division, commanding the arrest of the defendant EROLDO IAN HARVEY, also known as "Casey Junior Meriweather," for false impersonation of a United States citizen and false statement in application for a United States passport, in violation of Title 18, United States Code, Sections 911 and 1542.

     The source of your deponent's information and the grounds for his belief are as follows:

     1.   On April 8, 2010, an arrest warrant was issued by the United States District Court for the Middle District of

Florida, Orlando Division, commanding the arrest of EROLDO IAN HARVEY, also known as "Casey Junior Meriweather," for false impersonation of a United States citizen and false statement in application for a United States passport, in violation of Title 18, United States Code, Sections 911 and 1542. Copies of the arrest warrant and indictment from the Middle District of Florida are attached hereto.

2. On or about March 20, 2012, the defendant EROLDO IAN HARVEY, also known as "Casey Junior Meriweather," was arrested by officers from the New York City Police Department ("NYPD"), 22nd Precinct, Queens, for possession of a controlled substance and possession of fraudulent identification. While processing the defendant's arrest, NYPD officers noted that there was an outstanding federal warrant for the defendant's arrest. The NYPD Officers contacted DSS agents, and the defendant was transferred to the custody of DSS. DSS agents confirmed through fingerprint analysis and photographic comparison that the defendant is EROLDO IAN HARVEY, also known as "Casey Junior Meriweather." In addition, the defendant admitted to DSS agents that his name is EROLDO IAN HARVEY.

WHEREFORE, it is requested that the defendant EROLDO IAN HARVEY, also known as "Casey Junior Meriweather," be removed to the Middle District of Florida, Orlando Division, so that he may be dealt with according to law.

_____
MATTHEW B. MANNING
Special Agent
Department of State
Diplomatic Security Services

Sworn to before me this
21st day of March 2012

_____
HONORABLE JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK